IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02051-RPM

GEA POWER COOLING SYSTEMS, LLC,
a Delaware limited liability company, as successor
in interest to GEA POWER COOLING SYSTEMS, INC.,
a Delaware corporation,

      Plaintiff,

v.

BECHTEL POWER CORPORATION,

      Defendant.

_____

### AMENDED ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT
_____

Upon consideration of Defendant's Unopposed Motion for Second Extension of Time to Respond to Complaint [5], filed on September 25, 2009, it is

ORDERED that the motion is granted and defendant shall respond to the complaint on or before November 2, 2009.

DATED: September 29th, 2009

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge