IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02051-RPM

GEA POWER COOLING SYSTEMS, LLC,
a Delaware limited liability company, as successor
in interest to GEA POWER COOLING SYSTEMS, INC.,
a Delaware corporation,

       Plaintiff,
v.

BECHTEL POWER CORPORATION,

       Defendant.

_____

ORDER GRANTING MOTION TO FILE FIRST AMENDED COMPLAINT
_____

Upon consideration of Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [17], it is

ORDERED that the motion is granted and the First Amended Complaint attached thereto is accepted for filing.

DATED:   November 17th , 2009

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior Judge