**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                January 5, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 09-cv-02051-RPM

| | |
|---|---|
| GEA POWER COOLING SYSTEMS, LLC, | Thomas C. Bell |
| a Delaware limited liability company, | Judith Lifschitz |
| as successor in interest to | Michelle M. Meyer |
| GEA POWER COOLING SYSTEMS, INC., | |
| a Delaware corporation, | |

    Plaintiff,

v.

| | |
|---|---|
| BECHTEL POWER CORPORATION, | Joseph C. Smith, Jr. |
| a Nevada corporation, | Alison G. Wheeler |

    Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**1:55 p.m.    Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Mr. Lifschitz states the arbitration proceeding was between the owner and Bechtel before a three person panel. Findings and conclusions were made.

**ORDERED:    GEA's Partial Motion to Dismiss, filed November 25, 2009 [20], is denied. Bechtel's Motion to Dismiss the Second and Third Claims for Relief in GEA's First Amended Complaint, filed December 3, 2009 [23], is denied.**

Mr. Bell states he anticipates there may be designations of non-parties at fault**.**

Court states that electronic discovery disputes may be referred to a magistrate judge or special master.

Counsel are preparing an electronic discovery order following Sedona priciples.

January 5, 2010
09-cv-02051-RPM

Court advises counsel to comply with Local Rules 7.2 and 7.3 with respect to any proposed protective order.

**ORDERED:   Status Conference scheduled August 12, 2010.**
**             Status report due August 5, 2010.**

Mr. Bell states plaintiff withdraws its claim for declaratory judgment.

**ORDERED:   Plaintiff's claim for declaratory judgment is withdrawn.**

**ORDERED:   Responsive pleadings are due by January 15, 2010.**

**Court instructs counsel to submit any proposed protective and electronic discovery orders in paper directly to chambers.**

**ORDERED:   Scheduling Order approved.**

**2:29 p.m. Court in recess.**

Hearing concluded.  Total time: 34 min.