IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02051-RPM

GEA POWER COOLING SYSTEMS, LLC,
a Delaware limited liability company, as successor
in interest to GEA POWER COOLING SYSTEMS, INC.,
a Delaware corporation,

    Plaintiff,
v.

BECHTEL POWER CORPORATION,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [43], filed today, it is

ORDERED that this action is dismissed with prejudice, each party to be responsible for their own respective costs.

DATED: June 29th, 2010

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge